UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Criminal Case:  1:17-mj-00154 (RMM) |
| v. | : | |
| | : | |
| | : | |
| **SEAN PATRICK KEOUGHAN** | : | |
| | : | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing presently scheduled for August 24, 2017, and to reschedule it for September 8, 2017, at 1:45 p.m.  In support of this request, the government makes the following representations:

On July 18, 2017, this Court found the defendant incompetent to stand trial and committed him to the custody of the Bureau of Prisons for a period of 90 days for competency restoration.  The Court also set a status hearing for August 24, 2017, at 11:30 a.m., at which the defendant's presence was waived, to determine the status of the competency restoration efforts.

Undersigned counsel recently had a scheduling conflict arise with the August 24 hearing, leading to this request to reschedule that hearing to September 8, 2017.  Undersigned counsel conferred with Dani Jahn, Esq., who represents Mr. Keoughan, and Ms. Jahn does not oppose this request.  September 8, 2017, at 1:45 p.m. is convenient to both counsel in this case.  The government thus requests that if that date is convenient for the Court, it reschedule the August 24 status hearing to September 8, 2017, at 1:45 p.m.

1

WHEREFORE, for the foregoing reasons, and any reasons that may be cited at a hearing on this motion, the government requests that the presently scheduled August 24, 2017, status hearing be vacated and rescheduled for September 8, 2017, at 1:45 p.m.  The government requests that the defendant's presence continue to be waived.

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          UNITED STATES ATTORNEY
                                          D.C. Bar Number 415793

By: _____/s/_____
        ERIK M. KENERSON
        Assistant United States Attorney
        Ohio Bar Number 82960
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        Telephone: 202-252-7801
        Email: Erik.Kenerson@usdoj.gov